ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
JENNIFER A. TAYLOR
Nevada Bar No. 6141
Jennifer.A.Taylor@lewisbrisbois.com
BENJAMIN J. DOYLE
Nevada Bar No.15210
Benjamin.Doyle@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383 / Facsimile: 702.893.3789
*Attorneys for Defendant USAA Casualty Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA – SOUTHERN DIVISION

| | |
|---|---|
| SHEILA MARUM,<br><br>　　　　　Plaintiff,<br><br>　　　　vs.<br><br>USAA CASUALTY INSURANCE COMPANY; DOES I through V and ROE CORPORATIONS VI through X, inclusive,<br><br>　　　　　Defendants. | Case No. 2:21-cv-01138-JAD-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF No. 19 |

IT IS HEREBY STIPULATED by and between Plaintiff SHEILA MARUM, ("Marum" )

and Defendant USAA CASUALTY INSURANCE COMPANY ("Defendant"), by and through

their respective undersigned counsel, that all claims in the above-entitled action against

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

4875-8297-1422.3

Defendant shall be dismissed in their entirety, with prejudice, each party to bear its own costs and attorneys' fees.

DATED this 22nd day of September, 2022.

LEWIS BRISBOIS BISGAARD & SMITH

BY: /s/ Jennifer A. Taylor
_____
Robert W. Freeman, Esq.
Nevada Bar No. 3062
Jennifer A. Taylor, Esq.
Nevada Bar No. 6141
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant*
*USAA CASUALTY INSURANCE COMPANY*

DATED this 7th day of June, 2022.

SIMON LAW

BY: /s/ Benjamin J. Miller
_____
Daniel S. Simon, Esq.
Benjamin J. Miller, Esq.
810 South Casino Center Boulevard
Las Vegas, NV  89101
*Attorneys for Plaintiff*
*Sheila Marum*

## ORDER

Based on the parties' stipulation [ECF No. 19] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: September 30, 2022